**M S B**

MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP

May 15, 2026

**VIA EMAIL AND REGISTERED MAIL**
Rajeev Kumar
C-601, Arge Helios Apartment,
Gubbi Cross, Kothanur,
Banglalore - 560077

**Re: Flatworld Mortgage Solutions LLC**

Dear Mr. Kumar:

We represent Flatworld Mortgage Solutions LLC ("FMS"). You entered into a September 30, 2021 Employment Agreement including a Confidentiality And Nonsolicitation Agreement ("Agreement") with FMS, with whom you were employed from September 30th, 2021 to December 11, 2025. You also owned shares of FMS until October 2022.

You have violated your legal duties and obligations to FMS in numerous respects, including those set forth below.

**Breach Of Agreement By Soliciting Customers**

Section 1.1(c)(1) of the Agreement provides that:

(c)  During the period of Employee's employment with the Company and for a period of one (1) year following termination thereof (for whatever reason), Employee agrees not to, directly or indirectly, for Employee's own benefit, whether by himself or on behalf of or for the benefit of any third party, whether as an owner, partner, shareholder, member, joint venturer, consultant, participant, employee, adviser, agent or otherwise, do any of the following:

(1) Call upon, solicit or otherwise contact any Customer for the purpose of marketing, distributing or selling any products and/or services that are similar to, are competitive with. or could be used as a substitute or replacement for the Company's Products and Services

Section 1.1(a)(2) of the Agreement defines Customer as follows:

Customer shall mean any person or entity (a) that purchased any goods or services from the Company, and (b) with whom Employee had personal contact, with respect to whom Employee had personal involvement, for whom Employee performed any work or about whom Employee learned confidential or proprietary information as an employee of the Company, during the Employee's employment with the Company.

400 Madison Avenue, Suite 17D, New York, New York 10017  Tel: 212 695 8050  Fax: 646 964 5008

Rajeev Kumar/Flatworld
May 15, 2026
Page 2 of 2

You have breached Section 1.1(c)(1) of the Agreement by soliciting numerous customers of FMS including: Angel Oak Mortgage, Mutual of Omaha, Livingston International (Purolator), Elend, The Lender and Tera Verde.

**Breach Of Agreement By Soliciting Employees**

Section 1.1(c)(4) of the Agreement prohibits you from soliciting for employment "any employees, consultants or independent contractors of the Company". You have breached Section 1.1(c)(4) by soliciting employees.

**Breach Of Agreement By Disclosure Of Confidential Information**

Section 1.1(b) of the Agreement prohibits the use and disclosure of FMS's Confidential Information, as defined by Section 1.1(a)(1) of the Agreement. You have breached Section 1.1(b) of the Agreement by disclosing FMS's Confidential Information to multiple entities and persons including Livingston International.

**Breach Of Duty Of Loyalty**

During your employment with FMS, you owed it a duty of loyalty not to, among other things, compete with it. You breached the duty of loyalty by launching and promoting OWNGCC – a business that competes directly with FMS - while you were still employed by FMS. You also breached the duty of loyalty by soliciting employees of FMS for a competing business while you were still employed by FMS.

**Tortious Interference With Contract**

You have tortiously interfered with numerous contractual relationships of FMS, as set forth above.

Demand is hereby made that you immediately cease and desist from the foregoing wrongful and illegal conduct. If you fail to immediately cease and desist from such conduct, FMS will bring suit against you for both compensatory and punitive damages. FMS will also request injunctive relief and its attorney's fees pursuant to Section 1.5 of the Agreement.

Sincerely,

*John M. Bradham*

John M. Bradham