MSB

MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP

October 14, 2026

**VIA CM/ECF**
Honorable Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

**Re: Flatworld Mortgage Solutions LLC v. Rajeev Kumar**
**Civil Action No. 3:26-cv-08008-GC-RLS**

Dear Judge Castner:

We represent Plaintiff Flatworld Mortgage Solutions LLC ("Plaintiff") in the above-referenced action. We write in response to the Court's September 30, 2026 Notice of Call for Dismissal pursuant to Fed.R.Civ.P. 4(m) (ECF No. 4), to advise the Court that Defendant Rajeev Kumar ("Defendant") was personally served with the summons and complaint on October 13, 2026, and that Plaintiff has filed an affidavit of service with the Court.

Plaintiff had encountered difficulties effecting service upon Defendant because his whereabouts were unknown and he was apparently residing, at least part time, in India. However, Plaintiff managed to personally serve him yesterday, October 13, 2026 in Chicago.

In light of the foregoing, and given that Defendant has now been personally served and Plaintiff has filed proof of service with the Court, Plaintiff respectfully requests that the Court remove this action from the October 14, 2026 dismissal calendar and permit the action to proceed. To the extent the Court determines that service was effected outside the period prescribed by Rule 4(m), Plaintiff respectfully requests, in the alternative, that the Court extend the time for service through October 13, 2026, in light of Plaintiff's efforts to locate and serve Defendant and the fact that service has now been completed.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Thomas A. Brown II
Thomas A. Brown II

400 Madison Avenue, Suite 17D, New York, New York 10017 Tel: 212 695 8050 Fax: 646 964 5008